UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM EDLEE FORRESTER,<br><br>                    Plaintiff,<br><br>          v.<br><br>UNITED STATES OF AMERICA,<br><br>                    Defendant. | Case No.  20-cv-07333-EMC<br><br>**ORDER CONTINUING STATUS CONFERENCE; AND ORDER TO SHOW CAUSE** |

Based on the government's status report, *see* Docket No. 54 (status report), the Court hereby **CONTINUES** the April 26, 2022 status conference to **June 14, 2022**.  In the meantime, the Court **ORDERS** Plaintiff to show cause as to why this case should not be dismissed with prejudice given the parties' settlement agreement.  *See* Docket No. 59 (stipulation regarding settlement and dismissal).  The response to the order to show cause shall be filed by **May 13, 2022**.

The Court forewarns Plaintiff that, if no response to this order to show cause is timely filed, then the Clerk of the Court shall be directed to dismiss this case with prejudice based on the parties' settlement agreement and the case shall be closed.

**IT IS SO ORDERED**.

Dated: April 13, 2022

_____
EDWARD M. CHEN
United States District Judge