UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM EDLEE FORRESTER,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 20-cv-07333-EMC<br><br>**ORDER OF DISMISSAL** |

Previously, the Court issued an order directing Plaintiff to show cause as to why his case should not be dismissed with prejudice in light of the parties' settlement agreement. Plaintiff was given until May 13, 2022, to file a response and was explicitly warned that a failure to respond would mean a dismissal with prejudice and a closure of the case. Plaintiff did not file a response to the order to show cause. Accordingly, the Court hereby dismisses this case with prejudice based on the parties' settlement agreement. The Clerk of the Court shall close the file in the case.

**IT IS SO ORDERED**.

Dated: May 20, 2022

_____
EDWARD M. CHEN
United States District Judge